UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

January 25, 2008

**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CASE INFORMATION:**
Short Case Title: HASSAN GOLCHINI-v- JEANY VALDEZ
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge ~~Martin J. Jenkins~~ Edward M. Chen
Criminal and/or Civil Case No.: CV 07-05471 EMC
Date Complaint/Indictment/Petition Filed: 10/26/07
Date Appealed order/judgment *entered* 11/29/07
Date NOA *filed* 1/2/08
Date(s) of Indictment         Plea Hearing            Sentencing

COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: n/a

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 1/25/08
Date FP granted:                         Date FP denied: 1/11/08
Is FP pending? ☐ yes  ☐ no               Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:

Hassan Golchini
P.O. Box 421636
San Francisco, CA 94142

☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Sheila Rash
(415) 522-2099

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 29 2008

A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HASSAN GOLCHINI,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JEANY VALDEZ; MCLANE, Officer; JAMES CYAES; MIKE KLINBERG; GASTON, Chief; ROBERT CORRIGAN, SFSU; PARK MERCED - RESIDENTIAL PROPERTY MANAGEMENT COMPANY; ALLIANCE RESIDENTIAL COMPANY; BRUCE C. WARD; KENNEDY - WILSON PROPERTY MANAGEMENT LTD.; JIM ROSTEN; VILLA DE ANZA INC.,<br><br>Defendants - Appellees. | No. 08-15182<br>D.C. No. CV-07-05471-EMC<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**3/10/08**   Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk